IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS, INDIANA

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2005 SEP 14 PM 2: 48

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

| | |
|---|---|
| LISA COOPER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO.: |
| | ) |
| INDIANAPOLIS WATER COMPANY, | ) |
| U. S. FILTER d/b/a VEOLIA, | ) |
| | ) **1:05-cv-1375-LJM-WTL** |
| Defendant. | ) |

### COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, named-above, complains of acts and omissions to act by the Defendant. In support of his Complaint and as cause of action against Defendant, Plaintiff respectfully submits the following:

### JURISDICTION

1. This suit is authorized and instituted pursuant to 42 U.S.C. § 2000 et al. all as amended by the Civil Rights Act of 1991; 28 U.S.C. §§ 1331 and 1343.

2. The Equal Employment Opportunity Commission (EEOC) issued Plaintiff a Notice of Right to Sue and Plaintiff received it on June 27, 2005.

### PARTIES

3. Plaintiff, Lisa Cooper, is a citizen of the United States and she presently resides in the Southern District of Indiana.

4. Defendant is a corporation doing business in the State of Indiana in the Southern District of Indiana.

## FACTS

5. Plaintiff began working for Defendants on April 17, 2000.

6. Plaintiff performed her job well.

7. Plaintiff's evaluations were satisfactory or better.

8. Plaintiff received merit increases each year.

9. Plaintiff was the only female to work at her position.

10. Despite Plaintiff's work performance she has been treated less favorably than male employees by her supervisor.

11. Plaintiff's supervisor would chastise her for taking restroom breaks, but similarly situated male employees were not similarly harassed.

12. Plaintiff's supervisor would chastise Plaintiff for allegedly being "slow" gathering her equipment, but similarly situated male employees who were "slow" or late would not be chastised.

13. Plaintiff complained to Defendant's management but nothing happened.

14. On November 9, 2004, Plaintiff was suspended without pay and no valid reason was given for the suspension.

15. On December 9, 2004, Plaintiff was terminated.

16. The reason given for Plaintiff's termination was that she falsified a document.

17. Plaintiff falsified no document.

18. There have been male employees who have falsified documents but they have not been terminated.

19. The reason for Plaintiff's poor treatment, suspension and termination is her gender.

20. The reason given for her suspension and termination is simply pretext.

## COUNT I

21. Plaintiff incorporates by reference paragraphs 1-20.

22. Defendant violated 42 U.S.C. § 2000 by terminating Plaintiff due to her gender.

## COUNT II

23. Plaintiff incorporates by reference paragraphs 1-20.

24. Defendant violated 42 U.S.C. § 2000 by suspending Plaintiff due to her gender.

## COUNT III

25. Plaintiff incorporates by reference paragraphs 1-20.

26. Defendant violated 42 U.S.C. § 2000 by treating Plaintiff less favorably due to her gender.

WHEREFORE, Plaintiff respectfully requests that the Court grant the following relief:

A. Award Plaintiff the position from which he was terminated or front pay in lieu of reinstatement;

B. Award Plaintiff lost wages;

C. Award Plaintiff compensatory damages for emotional pain and suffering, inconvenience, mental anguish and loss of enjoyment of life;

D. Award Plaintiff punitive damages;

E. Award Plaintiff his costs in this action and reasonable attorney fees;

F. Award Plaintiff a permanent injunction enjoining Defendant from engaging in any employment practice or policy which discriminates against Plaintiff on the basis of race and national origin.

G. Award Plaintiff any other relief which is allowable under the circumstances of this case.

Respectfully submitted,

/s/ Gregory A. Stowers

GREGORY A. STOWERS, 13784-49
Attorney for Plaintiff

## **REQUEST FOR JURY TRIAL**

Comes now the Plaintiff and requests that this cause be tried by jury.

Respectfully submitted,

STOWERS & WEDDLE P.C.

GREGORY A. STOWERS, 13784-49
Attorney for Plaintiff

Gregory A. Stowers, 13784-49
STOWERS & WEDDLE P.C.
One Virginia Avenue
Suite 400
Indianapolis, IN  46204
(317)636-6320